Case 7:16-cr-01028 Document 1 Filed in TXSD on 06/26/16 Page 1 of 2

AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

JUN 26 2016

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Miguel Alberto Vidalez**       *Principal*
         YOB:    1991
   USC

                *Co-Principal*
         YOB:

## CRIMINAL COMPLAINT

Case Number:
**M-16-1220-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 25, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Julio Cesar Flores-Ramirez, a citizen and national of Mexico, along with two (2) other undocumented aliens, for a total of three (3) who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport, by foot, said aliens in furtherance of such violation of law within the United States, that is, from a location near Cuevitas, Texas to the point of arrest near Sullivan City, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**   **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On June 25, 2016, while performing line watch operations near Vanderpool Refuge in Sullivan City, Texas, Border Patrol Agents (BPA) C. Boring, J. Hogue, and J. Martinez responded to a group of suspected illegal aliens which were observed by Aerostat. Aerostat operator observed a group of four people crossing the Rio Grande River illegally near the Vanderpool Refuge. Agents drove south on Guadalupe Flores Rd. to conduct surveillance north of the group path of travel. The Aerostat operator informed agents, that the subjects were travel eastbound and exited the refuge into an open field. Border Patrol Agents were then guided by the Aerostat operator to where the group was laying down in the open field and were able to apprehend the four subjects that were observed By Aerostat crossing the Rio Grande River. After agents apprehended the group an immigration inspection on all four subjects was conducted. Three of the subjects stated they were citizens and nationals of Mexico illegally in the United States and one subject, later identified as Miguel Alberto VIDALEZ, stated that he was a United States Citizen. All four were transported to the McAllen Border Patrol Station for further

Continued on the attached sheet and made a part of this complaint   [X] Yes   [ ] No

_____
Signature of Complainant

Jerrico Leason       Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

June 26, 2016                 4:08 pm at    McAllen, Texas
Date                                          City and State

Peter E. Ormsby         , U. S. Magistrate Judge
Name and Title of Judicial Officer             Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-1220-M

**RE:     Miguel Alberto Vidalez**

CONTINUATION:

**Principal Statement: Miguel Alberto VIDALEZ**
Once at the McAllen Border Patrol Station, Miguel Alberto VIDALEZ, was read his Miranda Rights, understood his rights, agreed to answer questions and give a statement without an attorney present.
Miguel Alberto VIDALEZ freely admitted to agents he was the foot guide of the group he was arrested in. After crossing into the United States, VIDALEZ told agents, he was to guide the north to Sullivan City, Texas and was to be paid $400 for the group. Vidalez further told agents he had smuggled five to six groups prior to this arrest and on each occasion was paid $120 per person.

**NOTE:**
On March 26, 2016, Miguel Alberto VIDALEZ was named as a principal in a 1 on 1 administrative alien smuggling case. On December 12, 2012, Miguel Alberto VIDALEZ was named as a principal in a 1 on 2 administrative alien smuggling case.

On June 24, 2011, Miguel Alberto VIDALEZ was convicted of Possession with the intent to distribute Marijuana and was sentenced to thirty (30) confinement.

**MATERIAL WITNESS:**
Julio Cesar FLORES-Ramirez, a citizen and national of the United Mexican States, stated he crossed illegally into the United States in a group of five with one guide returning to Mexico after the group made landfall. FLORES told agents he was to pay $1,000, of which he had paid $100 in Mexico, to be smuggled into the United States. FLORES-Ramirez was able to identify, Miguel Alberto VIDALEZ, as the smuggler and foot guide of the group through a photo lineup.
FLORES told agent VIDALEZ told the group he was guide them to Highway 83 and then take them to Mission, TX.